UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-02L |
| AMERICAN FOAM CORP., et al., | : | |
| Defendants | : | |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiff David Malagrino hereby moves that Attorney Robert I. Reardon, Jr., be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- Plaintiff's counsel's long-standing representation of Station Fire victims.
- Attorney Lawrence Cappuccio, personal counsel to the plaintiff, has a long standing professional relationship with him.
- The case involves complex legal questions which Attorney Reardon is familiar with.
- The case may require extensive discovery in many foreign jurisdictions including California, Connecticut, and other jurisdictions

Plaintiff
By: [signature]
Lawrence J. Cappuccio
Attorney for David Malagrino

DATED: 1/18/06

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Connecticut and of the following Federal District Court and/or Court of Appeals Bar(s): U.S. District Court for the District of Connecticut, U.S. Court of Appeals for the 2nd Circuit, and U.S. Supreme Court and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against meat this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) I am currently admitted pro hav vice in this district in the related case of Estate of Jude B. Henault, et al v. American Foam Corporation, et al., C.A. 03-483L. That admission was granted on 12/17/03 by Judge Ronald R. Lagueux.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| Signature | Signature |
| Robert I. Reardon, Jr. | Lawrence J. Cappuccio |
| Name | Local Associate Counsel |
| Fed. Bar No. ct05358 | Fed. Bar No. 2731 |
| The Reardon Law Firm | Cappuccio & Cappuccio |
| 160 Hempstead Street | 17 Granite Street |
| New London, CT 06320 | Westerly, RI 02891 |
| (860) 442-0444 (860) 444-6445 | (401)596-4072 (401) 596-5306 |
| Tel. # Fax # | Tel. # Fax # |

---

**Order:** This motion is hereby ________________________.

________________________

U.S. District Judge

Date: ________________________