UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO | : | |
| | : | |
| VS. | : | C.A. NO. 06-02L |
| | : | (adopting civil action no. 03-483L) |
| AMERICAN FOAM CORPORATION, | : | |
| et al | : | |

ANSWER OF DEFENDANT, JBL, INCORPORATED f/k/a JAMES B. LANSING SOUND, INCORPORATED d/b/a JBL PROFESSIONAL

1. The plaintiffs in the civil action captioned *William Long v. American Foam Corporation, et al*, C.A. No. 06-047L have adopted the First Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312L in its entirety with certain additional allegations and claims.

2. This defendant hereby incorporates by reference its answer filed to the First Amended Master Complaint as if fully set forth herein.

AS TO PARTIES

PLAINTIFFS

This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and leaves the plaintiff to his proof.

DEFENDANTS

This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 2, 3, 4, 5, 6, 7, and 8 and leaves the plaintiff to his proof.

AS TO ADDITIONAL COUNT I

This defendant makes no answer to paragraphs 9, 10 and 11, the same not applying to this defendant but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT II

This defendant makes no answer to paragraphs 12 and 13, the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT III

This defendant make no answer to paragraphs 14, 15, and 16 the same not applying to this defendant, but in so far as the same may apply, all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT IV

This defendant make no answer to paragraphs 17, 18, 19, 20, 21 and 22 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT V

This defendant makes no answer to paragraphs 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33 and 34 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT VI

This defendant makes no answer to paragraphs 35, 36, 37, 38, 39, 40, 41, 42, 43 and 44 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT VII

This defendant makes no answer to paragraphs 45 and 46 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT VIII

This defendant makes no answer to paragraphs 47, 48, 49, 50, 51, 52, 53, 54, 55 and 56 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT IX

This defendant makes no answer to paragraphs 57 and 58 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO ADDITIONAL COUNT X

This defendant makes no answer to paragraphs 59, 60, 61, 62, 63 and 64 the same not applying to this defendant, but in so far as the same may apply all allegations therein are specifically denied.

AS TO PRAYERS FOR RELIEF

This defendant denies each and every allegation contained in the section entitled Prayers for Relief and all other allegations contained in the Complaint.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

Defendant, JBL, Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional hereby claims trial by jury.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile
rbengtson@ckmlaw.com

CERTIFICATION

I hereby certify that a true copy of the within Stipulation was sent via electronic mail to the counsel of record listed below on the 15th day of March, 2006.

| | |
|---|---|
| Allen J. McCarthy | stationlitigation@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer/George Wolf | asonger@shb.com |
| Anthony F. DeMarco/Mark Reynolds | tdemarco@conversent.net |

| | |
|---|---|
| Brian R. Cunha/Karen Alegria | Brian@Briancunha.com |
| Bruce Keller/Michael Potenza | bpkeller@debevoise.com |
| Charles L. Babcock | cbabcock@jw.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | Cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@shet.com |
| Donald J. Maroney/James Reilly | dmaroney@kkrs.com |
| Edward M. Crane/Deborah Solmor | ecrane@skadden.com |
| Edward T. Hinchey/James Scanlon | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Esquire Litigation Solutions, LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Fred Kelly, Jr./Steven M. Richard | StationFireLitigation@nixonpeabody.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Howard A. Merten/Benjamin White | Hmerten.station@psh.com |
| Howard J. Julian | sohohomes@yahoo.com |
| James A. Bigos | jim@b-plaw.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr./W. Thomas McGough | jrestivo@reedsimth.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy/Kelly Michels | stationfire@hansoncurran.com |
| Jessica Deanseris/Max Wistow/John Barylick | jdean@wistbar.com |
| John J. Nazzaro | nazzjn@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr./Kristen Rodgers | stationfire@blishcavlaw.com |
| Kate Breslin-Harden/J. Renn Olenn | KBH@olenn-penza.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |
| Mark D. Cahill/Eric B. Hermanson | mcahill@choate.com |
| Mark P. Dolan/Anthony Leone | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent/Paul Sullivan | mnugent@morrisonmahoney.com |
| Mark Tourgee/Timothy Williamson | aminchillo@itwlaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Michael DeLuca | mrd@gsm-law.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones/Peter Schneider | pjones@cmj-law.com |
| Ralph T. Monaco/Patrick Day | rmonaco.c-1@snet.net |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Robert Reardon | Reardonlaw@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Ronald J. Resmini/Ronald Creamer | Resminilaw@yahoo.com |

| | |
|---|---|
| Ronald Langlois/Lauren Wilkins | stationfire@smithbrink.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia/Kevin Bowen | sbreggia@BBGlaw.us |
| Stephen M. Prignano/Stephen MacGillivray | sprignano@eadplaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci/William Filippo | SMinicucci@calvinolaw.com |
| Susan S. Wettle/Carl Henlein/John Crockett | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T.Dos Urbanski/Michael J. Mazurczak | stationlitigation@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |