**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DAVID MALAGRINO** | : | |
| | : | |
| | : | |
| **VS.** | : | **C.A. No 06-02L** |
| | : | **(adopting civil action no. 03-483L)** |
| | : | |
| | : | |
| **AMERICAN FOAM CORPORATION, et al** | : | |

**ANSWER AND JURY CLAIM OF PRO SE DEFENDANT, HOWARD J JULIAN TO PLAINTIFF, DAVID MALAGRINO'S ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT**

1. **The plaintiff, David Malagrino has adopted the Third Amended Master Comoplaint in *Albert L. Gray, et al (plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No.* 04-312l in its entirety.**

2. **This defendant hereby incorporates by reference its answer filed to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al (plaintiffs) v. Jeffrey Derderian, et al (Defendants)* as if fully set forth herein.**

**Howard J. Julian**

**Pro Se Defendant**

## CERTIFICATION OF SERVICE

**This is to certify that on this date of 16th day of March, 2006 a true and correct copy of Defendant Howard J Julian's answer to the Third Amended Master Complaint was served, via email in PDF format only on all of the parties.**

**Howard J Julian**

**Pro se Defendant**