KNM 03-206-Malagrino 3/17/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 06-002L |
| AMERICAN FOAM CORPORATION, et al<br>Defendants. | : | |

**ANSWER AND JURY CLAIM OF TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC., and RAYMOND J. VILLANOVA TO PLAINTIFF'S ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiff, David Malagrino, in the above captioned matter, has adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312L, in its entirety, by "Notice of Adoption of Third Amended Master Complaint" filed February 17, 2006. Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova, hereby repeat and incorporate by reference herein their responses to the *Gray* Plaintiffs' Third Amended Master Complaint, as filed on their behalf, on March 17, 2006, as their answer to Malagrino's Notice of Adoption of Third Amended Master Complaint as if fully set forth herein.

Plaintiff Malagrino has also adopted the *Gray* Plaintiffs' Second Amended Master Complaint[1] as well as the additional allegations and claims set forth in the Plaintiff

[1] These Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova did not file an Answer to the *Gray* Plaintiffs' Second Amended Master

Malagrino's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint dated December 30, 2005, and filed with this Court on January 5, 2006. Said additional allegations and claims set forth in the above-mentioned Pro Forma Complaint were made against several defendants other than Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova. Because these additional allegations and claims do not pertain to these Defendants, no response is required. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of these Defendants, to wit, paragraphs 1 through 64, including Additional Count One through Additional Count Ten of the *Malagrino* Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint, they are denied.

## PRAYER FOR RELIEF

***WHEREFORE***, the Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova, demand judgment, dismissing the claims against them, with prejudice, and that they be awarded their costs and such other relief as the court deems just.

---

Complaint as no response was required under the Consent Order Pertaining to Additional Amendments to Master Complaint, entered by this Court on February 6, 2006.

## JURY CLAIM

The Defendants, Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova, demand a trial by jury as to all allegations set forth in the *Gray* Plaintiffs' Third Amended Master Complaint, the additional allegations and claims of the *Malagrino* Pro Forma Complaint, this Answer and any further responsive pleadings.

The Defendants,

Triton Realty Limited Partnership,
Triton Realty, Inc. and Raymond J. Villanova

By their Attorneys,

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax
E-Mail: jtm@hansoncurran.com
E-Mail: knm@hansoncurran.com
E-Mail: stationfire@hansoncurran.com

- and -

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – telephone
(617) 227-9191 – fax
E-Mail: stucker@ths-law.com

**PROOF OF SERVICE**

I hereby certify that on this 17th day of March, 2006, a true copy of the within document was e-mailed to the following attorneys of record:

| | |
|---|---|
| Andrew Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony DeMarco, Esq. | tdemarco@conversent.net |
| Brian Cunha, Esq. | brian@briancunha.com |
| Bruce Keller, Esq. | bkeller@debevoise.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles Redihan, Esq. | credihan@kprlaw.com |
| Christopher Fallon, Esq. | cfallon@cozen.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Edward Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin McPherson, Esq. | emcpherson@m-klaw.com |
| Esquire Litigation Solutions | stationfire@esquirecom.com |
| Eva Mancuso, Esq. | emancuso@hwac.com |
| Fred Kelly, Jr. | stationfirelitigation@nixonpeabody.com |
| George Wolf, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Howard Julien | sohohomes@yahoo.com |
| Howard Merten, Esq. | hmerten.station@psh.com |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |
| James Bigos, Esq. | jim@b-plaw.com |
| James H. Reilly, Esq. | jreilly@kkrs.com |
| James Lee, Esq. | jlee@riag.ri.gov |
| James Restivo, Esq. | jrestivo@reedsmith.com |
| James Ruggieri, Esq. | jruggieri@hcc-law.com |
| John Mahoney, Esq. | johnmahoney@amlawllp.com |
| John R. Crockett, Esq. | jcrockett@fbtlaw.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Cavanagh, Esq. | stationfire@blishcavlaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Mark Dolan, Esq. | ricedolank@aol.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Mandell, Esq. | msmandell@msn.com |
| Mark Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark Tourgee, Esq. | aminchillo@itwlaw.com |

| | |
|---|---|
| Matthew Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Michael DeLuca, Esq. | mrd@gsm-law.com |
| Michael Ryan, Esq. | mtryan@rrjd-law.com |
| Michael St. Pierre, Esq. | mikesp@rrsplaw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick Jones, Esq. | pjones@cmj-law.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert J. Reardon, Esq. | reardonlaw@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen Izzi, Esq. | stephen.izzi@hklaw.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| Stephen Prignano, Esq. | sprignano@eapdlaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue | so'donoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas Angelone, Esq. | angelonelaw@aol.com |
| Thomas Lyons, Esq. | tlyons@straussfactor.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Esq. | tmcgough@reedsmith.com |

Elizabeth Machado

of Hanson Curran LLP