UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID MALAGRINO, Plaintiff, | |
| vs. | CIVIL ACTION No. 06-02-L |
| AMERICAN FOAM CORP., ET AL, Defendants. | |

**ANSWER AND JURY CLAIM OF THE DEFENDANT, ABC BUS, INC. d/b/a ABC BUS LEASING, INC., TO THE PLAINTIFF DAVID MALAGRINO'S ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT**

1. The plaintiff, David Malagrino, has adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, Civil Action No. 04-312-L, in its entirety.

2. This defendant, ABC Bus, Inc. d/b/a/ ABC Bus Leasing, Inc. hereby incorporates by reference its answer filed to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, as if set forth fully herein.

**JURY CLAIM**

Defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby makes a claim for a trial by jury.

ABC BUS, INC. d/b/a ABC BUS LEASING, INC.
By its attorneys,

T. Dos Urbanski, R.I. Bar No. 6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
Tel: 401-941-0909
Fax: 401-941-6269
Email: stationlitigation@melicklaw.com

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing electronically a copy in pdf format to the following:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | JPB@wistbar.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| C. Russell Bengston | rbengston@ckmlaw.com |
| James A. Bigos | jim@b-plaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Kate Breslin-Harden | KBH@olenn-penza.com |
| Joseph B. Burns | jburns@rms-law.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kim M. Clarke | stationfirelitigation@nixonpeabody.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| John R. Crockett, III | jcrocket@fbtlaw.com |
| Brian R. Cunha | brian@briancunha.com |
| Jessica Deanseris | jdean@wistbar.com |
| Michael DeLuca | mrd@gsm-law.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Anthony F. DeMarco | tdemarco@conversant.com |
| Marc DeSisto | stationfire@desistolaw.com |
| Stephanie DiMaio-Larivee | fonia@msn.com |
| Mark P. Dolan | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquire.com |
| Christopher C. Fallon, Jr. | Cfallon@cozen.com |
| William A. Filippo | wfilippo@calvinlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Edward T. Hinchey | ehinchey@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| James Howe | singinglawyer@msn.com |
| Stephen A. Izzi | stephen.izzi@hklaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| Fred A. Kelly | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Donna M. Lamontagne | dlamontagne@zizikpowers.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee | jlee@riag.state.ri.us |
| Anthony R. Leone | ricedolank@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |

| | |
|---|---|
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Howard A. Merten | hmerten.station@psh.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | stationfire@hansoncurran.com |
| John J. Nazzaro | attynazzaro@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| Mark Ostrowski | mostrowski@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Robert J. Reardon, Jr. | Reardonlaw@aol.com |
| Charles N. Redihan, Jr. | Credihan@kprlaw.com |
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo, Jr. | Jrestivo@reedsmith.com |
| Mark T. Reynolds | mtreynolds@conversent.net |
| Steven M. Richard | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon | stationfirelitigation@nixonpeabody.com |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| James Scanlon | jscanlon@sloanewalsh.com |
| Peter Schneider | pschneider@cmj-law.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann Songer | asonger@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Georgia A. Sullivan | georgia.sullivan@thehartford.com |
| Paul V. Sullivan | pvsullivan@morrisonmahoney.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Mark D. Tourgee | aminchillo@itwlaw.com |
| Scott J. Tucker | stucker@ths-law.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Benjamin V. White, III | bwhite@vetterandwhite.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Lauren D. Wilkins | stationfire@smithbrink.com |
| Max Wistow | mw@wistbar.com |
| George E. Wolf, III | gwolf@shb.com |

T. Dos Urbanski
_______________________
T. Dos Urbanski

Date: 3/17/06

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FOAM CORP., ET AL,<br><br>Defendants. | CIVIL ACTION<br>No. 06-047-L |

<u>ANSWER AND JURY CLAIM OF THE DEFENDANT, ABC BUS, INC. d/b/a ABC BUS LEASING, INC., TO THE PLAINTIFF WILLIAM LONG'S ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT</u>

1. The plaintiff, William Long, has adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, Civil Action No. 04-312-L, in its entirety.

2. This defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby incorporates by reference its answer filed to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, as if set forth fully herein.

<u>JURY CLAIM</u>

Defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby makes a claim for a trial by jury.

ABC BUS, INC. d/b/a ABC BUS LEASING, INC.
By its attorney,

T. Dos Urbanski, R.I. Bar No. 6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
Tel: 401-941-0909
Fax: 401-941-6269
Email: stationlitigation@melicklaw.com

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing electronically a copy in pdf format to the following:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | JPB@wistbar.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| C. Russell Bengston | rbengston@ckmlaw.com |
| James A. Bigos | jim@b-plaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Kate Breslin-Harden | KBH@olenn-penza.com |
| Joseph B. Burns | jburns@rms-law.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kim M. Clarke | stationfirelitigation@nixonpeabody.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| John R. Crockett, III | jcrocket@fbtlaw.com |
| Brian R. Cunha | brian@briancunha.com |
| Jessica Deanseris | jdean@wistbar.com |
| Michael DeLuca | mrd@gsm-law.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Anthony F. DeMarco | tdemarco@conversant.com |
| Marc DeSisto | stationfire@desistolaw.com |
| Stephanie DiMaio-Larivee | fonia@msn.com |
| Mark P. Dolan | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquire.com |
| Christopher C. Fallon, Jr. | Cfallon@cozen.com |
| William A. Filippo | wfilippo@calvinlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Edward T. Hinchey | ehinchey@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| James Howe | singinglawyer@msn.com |
| Stephen A. Izzi | stephen.izzi@hklaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| Fred A. Kelly | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Donna M. Lamontagne | dlamontagne@zizikpowers.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee | jlee@riag.state.ri.us |
| Anthony R. Leone | ricedolank@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |

| | |
|---|---|
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Howard A. Merten | hmerten.station@psh.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | stationfire@hansoncurran.com |
| John J. Nazzaro | attynazzaro@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| Mark Ostrowski | mostrowski@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Robert J. Reardon, Jr. | Reardonlaw@aol.com |
| Charles N. Redihan, Jr. | Credihan@kprlaw.com |
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo, Jr. | Jrestivo@reedsmith.com |
| Mark T. Reynolds | mtreynolds@conversent.net |
| Steven M. Richard | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon | stationfirelitigation@nixonpeabody.com |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| James Scanlon | jscanlon@sloanewalsh.com |
| Peter Schneider | pschneider@cmj-law.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann Songer | asonger@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Georgia A. Sullivan | georgia.sullivan@thehartford.com |
| Paul V. Sullivan | pvsullivan@morrisonmahoney.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Mark D. Tourgee | aminchillo@itwlaw.com |
| Scott J. Tucker | stucker@ths-law.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Benjamin V. White, III | bwhite@vetterandwhite.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Lauren D. Wilkins | stationfire@smithbrink.com |
| Max Wistow | mw@wistbar.com |
| George E. Wolf, III | gwolf@shb.com |

T. Dos Urbanski

T. Dos Urbanski

Date: 3/17/06