UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO, | ) | |
| Plaintiff, | ) | |
| vs. | ) | C.A. No.: 06-02-L |
| AMERICAN FOAM CORPORATION, et al. | ) | |
| Defendants. | ) | |

**DEFENDANTS ANHEUSER-BUSCH, INC. AND ANHEUSER-BUSCH COMPANIES, INC.'S ANSWER TO PLAINTIFF'S PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT**

NOW COME Defendants Anheuser-Busch, Inc. ("ABI") and Anheuser-Busch Companies, Inc. ("ABC") and in response to the Pro Forma Complaint[1] filed on January 5, 2006, and Notice of Adoption of Third Amended Master Complaint filed on February 17, 2006, ABI and ABC hereby adopt their Answer and Affirmative Defenses to Plaintiffs' Third Amended Master Complaint, filed on March 17, 2006, in *Gray v. Derderian*, C.A. No. 04-312L, and their Answer to Plaintiffs' Notice of Adoption of the Third Amended Master Complaint, filed on March 17, 2006, in *Henault v. American Foam Corporation*, C.A. No. 03-483-L.

---

[1]Plaintiff's initial filing in the instant action was captioned "Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint." In light of the subsequent Notice of Adoption of Third Amended Master Complaint and to avoid confusion, reference herein to the initial filing and the allegations therein will simply be to the "Pro Forma Complaint."

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

Further, in response to the additional allegations and claims set forth by Plaintiff in his Pro Forma Complaint, which restate the additional allegations and claims in *Henault v. American Foam Corporation*, ABI and ABC state as follows:

**Plaintiffs**

1. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Pro Forma Complaint.

**Defendants**

2. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiff's Pro Forma Complaint.

3. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Pro Forma Complaint.

4. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Pro Forma Complaint.

5. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Pro Forma Complaint.

6. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Pro Forma Complaint.

7. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Pro Forma Complaint.

8. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiff's Pro Forma Complaint.

**ADDITIONAL COUNT ONE**

**SUBMITTED ON BEHALF OF THE PLAINTIFF**
**DAVID MALAGRINO**
**AS TO JACK RUSSELL, MARK KENDALL,**
**DAVID FILICE, ERIC POWERS, a/k/a GREAT WHITE**

9. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the Third Amended Master Complaint[2] and their responses to paragraph 1 through 8 of Plaintiff's Pro Forma Complaint., inclusive, as though fully set forth herein.

10-11. The allegations contained in paragraphs 10 and 11 of Additional Count One, inclusive, including all subparts, are directed against Defendants Jack Russell,

---

[2]In light of the subsequent filing of the Third Amended Master Complaint in *Gray* and the adoption of the same by Plaintiff here prior to the filing of ABI's and ABC's responsive pleading to the original Pro Forma Complaint, all references incorporating responses to the previously filed Master Complaint will be to the Third Amended Master Complaint rather than the First Amended Master Complaint as identified in Plaintiff's Pro Forma Complaint.

Mark Kendall, David Filice, Eric Powers a/k/a Great White and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 10 and 11 of Additional Count One, inclusive, including all subparts, insofar as any allegation in paragraphs 10 and 11, including any subpart, might be construed to pertain to them.

## ADDITIONAL COUNT TWO

## SUBMITTED ON BEHALF OF THE PLAINTIFF DAVID MALAGRINO AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS a/k/a GREAT WHITE VIOLATION OF RHODE ISLAND GENERAL LAWS TITLE 9, CHAPTER 1, SECTION 2

12. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the Third Amended Master Complaint and their responses to paragraph 1 through 11 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

13. The allegations contained in paragraph 13 of Additional Count Two are directed against Defendants Jack Russell, Mark Kendall, David Filice, Eric Powers a/k/a Great White and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraph 13 of Additional Count Two insofar as any allegation in paragraph 13 might be construed to pertain to them.

## ADDITIONAL COUNT THREE

## SUBMITTED ON BEHALF OF THE PLAINTIFF DAVID MALAGRINO AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH

## NEGLIGENCE

14. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the Third Amended Master Complaint and their responses to paragraph 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

15-16. The allegations contained in paragraphs 15 and 16 of Additional Count Three, inclusive, including all subparts, are directed against Defendants Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 15 and 16 of Additional Count Three, inclusive, including all subparts, insofar as any allegation in paragraphs 15 and 16, including any subpart, might be construed to pertain to them.

## ADDITIONAL COUNT FOUR

## SUBMITTED ON BEHALF OF THE PLAINTIFF DAVID MALAGRINO AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH

## STRICT LIABILITY

17. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the Third Amended Master Complaint and their responses

to paragraphs 1 through 8 and paragraphs 14 through 16 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

18-22. The allegations contained in paragraphs 18 through 22 of Additional Count Four, inclusive, including all subparts, are directed against Defendants Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 18 through 22 of Additional Count Four, inclusive, including all subparts, insofar as any allegation in paragraphs 18 through 22, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT FIVE**

**SUBMITTED ON BEHALF OF THE PLAINTIFF**
**DAVID MALAGRINO**
**AS TO CITADEL COMMUNICATIONS**
**CORPORATION d/b/a Q105 AND WQGN**

**NEGLIGENCE**

23. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the Third Amended Master Complaint and their responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

24-34. The allegations contained in paragraphs 24 through 34 of Additional Count Five, inclusive, including all subparts, are directed against Defendants Citadel Communications Corporation d/b/a Q105 and WQGN and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the

allegations contained in paragraphs 24 through 34 of Additional Count Five, inclusive, including all subparts, insofar as any allegation in paragraphs 24 through 34, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT SIX**

**SUBMITTED ON BEHALF OF THE PLAINTIFF DAVID MALAGRINO AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DENNIS LAROCQUE**

**NEGLIGENCE**

35. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 411 through 429 of the Third Amended Master Complaint and their responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

36-44. The allegations contained in paragraphs 36 through 44 of Additional Count Six, inclusive, including all subparts, are directed against Defendant The Town of West Warwick and Fire Inspector Dennis Larocque and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 36 through 44 of Additional Count Six, inclusive, including all subparts, insofar as any allegation in paragraphs 36 through 44, including any subpart, might be construed to pertain to them.

## ADDITIONAL COUNT SEVEN

## SUBMITTED ON BEHALF OF THE PLAINTIFF
## DAVID MALAGRINO
## AS TO THE TOWN OF WEST WARWICK AND
## FIRE INSPECTOR DENNIS LAROCQUE
## TITLE 9, CHAPTER 1, SECTION 2

45. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 411 through 429 of the Third Amended Master Complaint and their responses to paragraphs 35 through 44 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

46. The allegations contained in paragraph 46 of Additional Count Seven are directed against Defendants The Town of West Warwick and Fire Inspector Dennis Larocque and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraph 46 of Additional Count Seven insofar as any allegation in paragraph 46 might be construed to pertain to them.

## ADDITIONAL COUNT EIGHT

## SUBMITTED ON BEHALF OF PLAINTIFF
## DAVID MALAGRINO
## AS TO THE STATE OF RHODE ISLAND AND
## IRVING J. OWENS, FIRE MARSHALL

## NEGLIGENCE

47. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 434 through 440 of the Third Amended Master Complaint and their responses to paragraphs 1 through 8 of Plaintiff's Pro

Forma Complaint, inclusive, as though fully set forth herein.

48-56. The allegations contained in paragraphs 48 through 56 of Additional Count Eight, inclusive, including all subparts, are directed against Defendants The State of Rhode Island and Irving J. Owens, Fire Marshall and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 48 through 56 of Additional Count Eight, inclusive, including all subparts, insofar as any allegation in paragraphs 48 through 56, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT NINE**

**SUBMITTED ON BEHALF OF PLAINTIFF**
**DAVID MALAGRINO**
**AS TO THE STATE OF RHODE ISLAND AND**
**IRVING J. OWENS, FIRE MARSHALL**
**TITLE 9, CHAPTER 1, SECTION 2**

57. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 434 through 440 of the Third Amended Master Complaint and their responses to paragraphs 47 through 56 of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

58. The allegations contained in paragraph 58 of Additional Count Nine are directed against Defendants The State of Rhode Island and Irving J. Owens, Fire Marshall and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraph 58 of Additional Count Nine insofar as any allegation in paragraph 58 might be construed to pertain to them.

## ADDITIONAL COUNT TEN

**SUBMITTED ON BEHALF OF PLAINTIFF DAVID MALAGRINO ALLEGING JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, LLC d/b/a THE STATION, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., ANHEUSER-BUSCH COMPANIES, INC., MCLAUGHLIN & MORAN, INC., CLEAR CHANNEL BROADCASTING, INC. d/b/a WHJY-FM, CITADEL COMMUNICATIONS CORPORATION d/b/a WQGN-FM, MOTIVA ENTERPRISES, LLC, SHELL OIL COMPANY, TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND AND IRVING J. OWENS**

59. ABI and ABC reassert and incorporate by reference their responses to all paragraphs of the Third Amended Master Complaint and their responses to all paragraphs of Plaintiff's Pro Forma Complaint, inclusive, as though fully set forth herein.

60. ABI and ABC deny the allegations contained in paragraph 60 of Additional Count Ten of Plaintiff's Pro Forma Complaint.

61. ABI and ABC deny the allegations contained in paragraph 61 of Additional Count Ten of Plaintiff's Pro Forma Complaint.

62. ABI and ABC deny the allegations contained in paragraph 62 of Additional Count Ten of Plaintiff's Pro Forma Complaint.

63. ABI and ABC deny the allegations contained in paragraph 63 of Additional Count Ten, including all subparts, of Plaintiff's Pro Forma Complaint.

64. ABI and ABC deny the allegations contained in paragraph 64 of Additional Count Ten of Plaintiff's Pro Forma Complaint.

As further answer to Plaintiff's Pro Forma Complaint, ABI and ABC deny all allegations and subparts contained therein which are not expressly admitted herein or otherwise pleaded to.

**PRAYERS FOR RELIEF**

ABI and ABC deny the allegations contained in the unnumbered paragraphs following paragraph 64 of Additional Count 10 of Plaintiff's Pro Forma Complaint and further deny that they are liable to Plaintiff or anyone else for any amount.

**WHEREFORE**, Defendants Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. pray that:

(a) the Pro Forma Complaint and Notice of Adoption of Third Amended Master Complaint filed herein be dismissed with prejudice as to Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.;

(b) Plaintiff's demand for relief against Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. be denied in every respect;

(c) Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as may be just, proper, and equitable.

**ANHEUSER-BUSCH, INC. AND ANHEUSER-BUSCH COMPANIES, INC. HEREBY DEMAND TRIAL BY JURY**

ANHEUSER-BUSCH, INC. AND
ANHEUSER-BUSCH COMPANIES, INC.,

By their Attorneys,

Joseph V. Cavanagh, Jr. # 1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
stationfire@blishcavlaw.com

Dated: 4/3/06

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Telecopier: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com

CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic email, unless otherwise indicated on the 3rd day of April, 2006, to the following counsel of record:

Thomas Angelone, Esq.
angelonelaw@aol.com

Thomas R. Bender, Esq.
stationfire@hansoncurran.com

C. Russell Bengtson, Esq.
rbengtson@mklaw.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

James A. Bigos, Esq.
jim@b-plaw.com

Joseph B. Burns, Esq.
jburns@rms-law.com

Russell Bramley, Esq.
bramley@hbhlaw.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com

Lawrence Cappuccio, Esq.
l.cappuccio@worldnet.att.net

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
brian@briancunha.com
karen@briancunha.com

John R. Crockett, Esq.
jcrockett@fbtlaw.com

Michael R. DeLuca, Esq.
mrd@gsm-law.com

Gerald DeMaria, Esq.
gdemaria@hcc-law.com

Finn Davis, Esq.
fdavis@cetcap.com

Marc DeSisto, Esq.
Kathleen M. Daniels, Esq.
marc@desistolaw.com
kathleen@desistolaw.com

Edward T. Hinchey, Esq.
Ehinchey@sloanewalsh.com

Stephanie DiMaio-Larivee, Esq.
Singinglawyer@msn.com

Mark P. Dolan, Esq.
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark C. Hadden, Esq.
mhadden@mhaddenlaw.com

Nancy W. Hamilton, Esq.
nhamilton@jw.com

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan A. Wettle, Esq.
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Stephen A. Izzi, Esq.
stephen.izzi@hklaw.com

Craig A. Johns, Esq.
johns@Nationwide.com

Patrick T. Jones, Esq.
pjones@cmj-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Pontenza, Esq.
bpkeller@debevoise.com
jmargolis@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
stationfirelitigation@nixonpeabody.com

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
rmacadams@mandwlaw.com

Steven MacGillivray, Esq.
smacgillivray@eapdlaw.com

Linda Magro, Esq.
lmagro@hcc-law.com

John W. Mahoney, Esq.
johnmajoney@aamlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

Michael J. Mazurczek, Esq.
stationlitigaition@melicklaw.com

Allen J. McCarthy, Esq.
amccarthy@melicklaw.com

Joseph J. McGair, Esq.
jjm@petrarcamcgair.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
hm@psh.com

Steven A. Minicucci, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
jtm@hansoncurran.com
knm@hansoncurran.com

John J. Nazzaro, Esq.
nazzjn@aol.com

Robert T. Norton, Esq.
rnorton@sloanewalsh.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
mnugent@mail.mm-m.com
pvsullivan@morrisonmahoney.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@eaapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Jr., Esq.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
resminilaw@yahoo.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
tdemarco@conversent.net

James J. Restivo, Esq.
jrestivo@reedsmith.com

James A. Ruggieri, Esq.
jruggieri@hcc-law.com

Peter Schnedier
pvsullivan@morrisonmahoney.com

Michael A. St. Pierre, Esq.
mikesp@rrplaw.com

Georgia A. Sullivan, Esq.
georgia.Sullivan@thehartford.com

Paul V. Sullivan, Esq.
pvsullivan@morrisonmahoney.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Mark D. Tourgee, Esq
Gregory S. Inman, Esq.
aminchillo@itwlaw.com

Scott J. Tucker, Esq.
stucker@ths-law.com

T. Dos Urbanski, Esq.
durbanski@melichlaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

Susan A. Wettle, Esq.
swettle@fbtlaw.com

Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Max H. Wistow, Esq.
mwistow@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
gwold@shb.com
asonger@shb.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
***VIA REGULAR MAIL***

[signature]