AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

David Malagrino

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-002 L

TO: (Name and address of Defendant)

GFC Foam, LLC
Corporation Service Company
2704 Commerce Drive
Harrisburg, PA 17110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 27 April 2006 |
| NAME OF SERVER *(PRINT)* Mark A. Seiffert | TITLE Investigator / Legal Assistant |

*Check one box below to indicate appropriate method of service*

X Served personally upon the third-party defendant. Place where served: Registered Agent: Corporation Service Company, 2704 Commerce Drive, Harrisburg, PA. 17110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | WAIVED |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 27 April 2006
Date

Mark A. Seiffert
Signature of Server

4503 North Front Street, Harrisburg, PA. 17110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

David Malagrino

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-002 L

TO: (Name and address of Defendant)

General Foam Corporation
Corporation Service Company
2704 Commerce Drive
Harrisburg, PA 17110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr. Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 25, 2006 at 12:34 P.M. |
|---|---|
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): left copies thereof with Mary T. Drummond, project manager for the Corporation Service Company at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 - as registered agent for PMC Global, Inc., defendant corporation

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $25.00 | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 25, 2006
Date

[signature]
Signature of Server

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

David Malagrino

V.

American Foam Corporation, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-002 L

TO: (Name and address of Defendant)

PMC Global, Inc.
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

4-4-06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 25, 2006 at 12:34 P.M. |
|---|---|
| NAME OF SERVER *(PRINT)* Jeffrey L. Butler | TITLE process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): left copies thereof with Mary T. Drummond, project manager for the Corporation Service Company at 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808 - as registered agent for PMC, Inc., defendant corporation

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| n/a | $25.00 | $25.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 25, 2006
Date

Signature of Server

Legal Beagles, Inc.
P.O. Box 886
New Castle, Delaware 19720-0886
Address of Server
(302) 322-9897

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

[redacted]

CASE NUMBER: [redacted]

TO: (Name and address of Defendant)

[redacted]

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

[redacted]

an answer to the complaint which is herewith served upon you, within [redacted] days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

[redacted]

CLERK

[redacted]

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 27 April 2006 |
| NAME OF SERVER *(PRINT)* Mark A. Seiffert | TITLE Investigator / Legal Assistant |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the third-party defendant. Place where served: Registered Agent: Corporation Service Company, 2704 Commerce Drive, Harrisburg, PA. 17110

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☐ Other (specify): __________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | WAIVED |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 27 April 2006
Date

Signature of Server

4503 North Front Street, Harrisburg, PA. 17110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.