UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO.: 06-02-L |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FOAM CORPORATION, ET AL. | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT'S, LUNA TECH, INC., ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT AND PRO FORMA COMPLAINT**

The plaintiff filed a Pro Forma Complaint in or about January 2006 and then adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L* in or about February 2006. Luna Tech, Inc., hereby incorporates the answer to the Third Amended Master Complaint filed on its behalf in *Gray* as its answer to the plaintiff's Adoption.

With respect to the additional allegations made by the plaintiff in the Pro Forma Complaint, defendant Luna Tech, Inc., responds as follows:

1. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.
2. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.
3. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.

4. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.

5. Denied. Further answering, Luna Tech, Inc. admits that it is a corporation organized under the laws of the State of Alabama with a principle place of business in Owens Cross Roads, Alabama.

6. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.

7. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.

8. Luna Tech, Inc., is without knowledge or information sufficient to admit or deny this allegation.

9. The allegations contained in ¶9 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶9 does pertain to Luna Tech, Inc., the allegation is denied.

10. The allegations contained in ¶10 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶10 does pertain to Luna Tech, Inc., the allegations are denied.

11. The allegations contained in ¶11 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶11 does pertain to Luna Tech, Inc., the allegations are denied.

12. The allegations contained in ¶12 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶12 does pertain to Luna Tech, Inc., the allegations are denied.

13. The allegations contained in ¶13 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent a response is required, these allegations are denied.

14. Luna Tech, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 8 of the Pro Forma Complaint as if fully set forth herein.

15. Luna Tech, Inc. denies the allegations contained in this paragraph.

16. Luna Tech, Inc. denies the allegations contained in this paragraph.

17. Luna Tech, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 8 and 14 through 16 of the Pro Forma Complaint as if fully set forth herein.

18. Luna Tech, Inc. denies the allegations contained in this paragraph.

19. Luna Tech, Inc. denies the allegations contained in this paragraph.

20. Luna Tech, Inc. denies the allegations contained in this paragraph.

21. Luna Tech, Inc. denies the allegations contained in this paragraph.

22. Luna Tech, Inc. denies the allegations contained in this paragraph.

23. The allegations contained in ¶23 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶23 does pertain to Luna Tech, Inc., the allegation is denied.

24. The allegations contained in ¶24 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶24 does pertain to Luna Tech, Inc., the allegation is denied.

25. The allegations contained in ¶25 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶25 does pertain to Luna Tech, Inc., the allegation is denied.

26. The allegations contained in ¶26 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶26 does pertain to Luna Tech, Inc., the allegation is denied.

27. The allegations contained in ¶27 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶27 does pertain to Luna Tech, Inc., the allegation is denied.

28. The allegations contained in ¶28 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶28 does pertain to Luna Tech, Inc., the allegation is denied.

29. The allegations contained in ¶29 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶29 does pertain to Luna Tech, Inc., the allegation is denied.

30. The allegations contained in ¶30 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶30 does pertain to Luna Tech, Inc., the allegation is denied.

31. The allegations contained in ¶31 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶31 does pertain to Luna Tech, Inc., the allegation is denied.

32. The allegations contained in ¶32 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶32 does pertain to Luna Tech, Inc., the allegation is denied.

33. The allegations contained in ¶33 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶33 does pertain to Luna Tech, Inc., the allegation is denied.

34. The allegations contained in ¶34 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶34 does pertain to Luna Tech, Inc., the allegation is denied.

35. The allegations contained in ¶35 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶35 does pertain to Luna Tech, Inc., the allegation is denied.

36. The allegations contained in ¶36 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶36 does pertain to Luna Tech, Inc., the allegation is denied.

37. The allegations contained in ¶37 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶37 does pertain to Luna Tech, Inc., the allegation is denied.

38. The allegations contained in ¶38 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶38 does pertain to Luna Tech, Inc., the allegation is denied.

39. The allegations contained in ¶39 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶39 does pertain to Luna Tech, Inc., the allegation is denied.

40. The allegations contained in ¶40 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶40 does pertain to Luna Tech, Inc., the allegation is denied.

41. The allegations contained in ¶41 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶41 does pertain to Luna Tech, Inc., the allegation is denied.

42. The allegations contained in ¶42 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶42 does pertain to Luna Tech, Inc., the allegation is denied.

43. The allegations contained in ¶43 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶43 does pertain to Luna Tech, Inc., the allegation is denied.

44. The allegations contained in ¶44 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶44 does pertain to Luna Tech, Inc., the allegation is denied.

45. The allegations contained in ¶45 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶45 does pertain to Luna Tech, Inc., the allegation is denied.

46. The allegations contained in ¶46 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶46 does pertain to Luna Tech, Inc., the allegation is denied.
47. The allegations contained in ¶47 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶47 does pertain to Luna Tech, Inc., the allegation is denied.
48. The allegations contained in ¶48 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶48 does pertain to Luna Tech, Inc., the allegation is denied.
49. The allegations contained in ¶49 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶49 does pertain to Luna Tech, Inc., the allegation is denied.
50. The allegations contained in ¶50 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶50 does pertain to Luna Tech, Inc., the allegation is denied.
51. The allegations contained in ¶51 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶51 does pertain to Luna Tech, Inc., the allegation is denied.
52. The allegations contained in ¶52 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶52 does pertain to Luna Tech, Inc., the allegation is denied.

53. The allegations contained in ¶53 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶53 does pertain to Luna Tech, Inc., the allegation is denied.

54. The allegations contained in ¶54 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶54 does pertain to Luna Tech, Inc., the allegation is denied.

55. The allegations contained in ¶55 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶55 does pertain to Luna Tech, Inc., the allegation is denied.

56. The allegations contained in ¶56 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶56 does pertain to Luna Tech, Inc., the allegation is denied.

57. The allegations contained in ¶57 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶57 does pertain to Luna Tech, Inc., the allegation is denied.

58. The allegations contained in ¶58 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶58 does pertain to Luna Tech, Inc., the allegation is denied.

59. The allegations contained in ¶59 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶59 does pertain to Luna Tech, Inc., the allegation is denied.

60. The allegations contained in ¶60 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any

allegation of ¶60 does pertain to Luna Tech, Inc., the allegation is deniedresponse. To this extent a response is required, these allegations are denied.

61. The allegations contained in ¶61 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶61 does pertain to Luna Tech, Inc., the allegation is denied.

62. The allegations contained in ¶62 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶62 does pertain to Luna Tech, Inc., the allegation is denied.

63. The allegations contained in ¶63 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶63 does pertain to Luna Tech, Inc., the allegation is denied.

64. The allegations contained in ¶64 of the Pro Forma Complaint concern defendants other than Luna Tech, Inc., which makes no substantive response. To the extent any allegation of ¶64 does pertain to Luna Tech, Inc., the allegation is denied.

Respectfully submitted,
LUNA TECH, INC.

Robert T. Norton (#5492)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: May 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via email, on all counsel of record in all of the Station Fire cases on this 10th day of May 2006.

Robert T. Norton

S:\VARIOUS PLAINTIFFS V. LUNA TECH - LE280-6098\Pleadings\MALAGRINO\5-8-06 Ans to Adoption of 3d Amended Master Complaint.doc