AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

David Malagrino

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-002 L

TO: (Name and address of Defendant)

Foamex International Inc.
1000 Columbia Avenue
Linwood, PA 19061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr. Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/28/06 |
|---|---|
| NAME OF SERVER *(PRINT)* Walter Struhl | TITLE PA State Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 1000 Columbia Linwood
Served Andrew Pirusky Asst General Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/28/06
Date

[signature]
Signature of Server

20 A Lewis Ave
Address of Server
Media PA 19063

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

David Malagrino

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-002 L

TO: (Name and address of Defendant)

Foamex L.P.
1000 Columbia Avenue
Linwood, PA 19061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr. Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 4-4-06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 4/28/06 |
| NAME OF SERVER *(PRINT)* Walter Struhl | TITLE Constable / Pennsylvania |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: 1000 Columbia Linwood Pa

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/28/06
Date

Walter Struhl
Signature of Server

26 A Lewis Ave Media
Address of Server

PA 19063

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

David Malagrino

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-002 L

TO: (Name and address of Defendant)

FMXI, Inc.
1000 Columbia Avenue
Linwood, PA 19061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr. Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763
Westerly, RI 02891,

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

4-4-06
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/28/06 |
| NAME OF SERVER *(PRINT)* Walter Strahl | TITLE Pa State Constable |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 1000 Columbia Linwood

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/28/06
Date

[signature]
Signature of Server

30 A Lewis Ave
Address of Server
Media Pa 19063

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.