RECEIVED
MAY 11 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID MALAGRINO

VS. C.A.No: 06-02-1

AMERICAN FOAM CORPORATION,
ET AL

**STIPULATION**

Now comes the Plaintiff in this matter and together with Defendant, Barry Warner, hereby agree and Stipulate that said Defendant shall have up to May 14, 2006 to Answer or otherwise respond to Plaintiff's Pro Forma Complaint.

Plaintiff
By his attorneys,

Robert Reardon, Jr., Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
Tel: (860) 442-0444
Fax: (860) 444-6445

Defendant,
By his attorneys,

Ronald Langlois, Esq.
Lauren Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

Dated: