UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID MALAGRINO,<br>Plaintiff,<br>v.<br>AMERICAN FOAM CORPORATION, et al.<br>Defendants, | C.A. No. 06-02-L<br>(adopting C.A. No. 03-483-L) |

**PREGIS INNOVATIVE PACKAGING INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Pregis Innovative Packaging Inc. ("Pregis Innovative") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312L. Pregis Innovative further answers the additional allegations and claims, in their entirety, set forth in Plaintiff's Second Amended Master Complaint dated January 27, 2006 as follows: The allegations are not directed to Pregis Innovative and to the extent a response is required Pregis Innovative is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. Pregis Innovative further answers the additional allegations and claims set forth in Plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint dated January 31, 2006 as follows:

## PARTIES

### Plaintiff

1. Pregis Innovative is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1.

### Defendants

2-8. Pregis Innovative is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2-8.

## ADDITIONAL COUNTS ONE – TEN (AGAINST OTHER DEFENDANTS)

9-64. Pregis Innovative is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 9-64.

## AFFIRMATIVE DEFENSES

As its affirmative defenses to all causes of action purportedly brought against it in the Complaint, Pregis Innovative adopts and incorporates by reference the Affirmative Defenses alleged in its Answer and Affirmative Defenses to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312L.

Respectfully Submitted,

PREGIS INNOVATIVE PACKAGING INC.

By its Attorneys,

S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980
Tel: (401) 273-8300
Fax: (401) 272-5728 (fax)
mlevin@wszlaw.com

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
MCDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
presnik@mwe.com
skasten@mwe.com

Dated: June 12, 2006

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

John Flanagan, Esq.
Airport Professional Park
2348 Post Road
Warwick, RI 02886

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

1. Allen J. McCarthy, Esq. — stationlitigation@melicklaw.com
2. Amy Minchillo, Esq. — aminchillo@itwlaw.com
3. Andrew J. Trevelise, Esq. — atrevelise@reedsmith.com
4. Ann Songer, Esq. and — stationfire@shb.com
5. Anthony F. DeMarco, Esq. — tdemarco@conversent.net
6. Anthony R. Leone, Esq. — leonelaw@cox.net
7. B. Jon Enciso — jenciso@legalmgt.com
8. Bennett R. Gallo, Esq. — brg@ndgrb.com
9. Benjamin V. White III, Esq. — bwhite@vetterandwhite.com
10. Brian Cunha, Esq. — brian@Briancunha.com
11. Bruce P. Keller, Esq. — bkeller@debevoise.com
12. Bruce G. Tucker, Esq. — btucker@legalmgt.com
13. C. Russell Bengtson, Esq. — rbengtson@ckmlaw.com
14. Carl A. Henlein, Esq. — chenlein@fbtlaw.com
15. Charles Babcock, Esq. — cbabcock@jw.com
16. Charles N. Redihan, Jr., Esq. — credihan@kprlaw.com
17. Christopher C. Fallon, Jr., Esq. — cfallon@cozen.com

| | |
|---|---|
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |
| 35. Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| 36. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 37. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 38. George Sullivan | georgia.sullivan@thehartford.com |
| 39. Henry M. Swan, Esq. | hms@dksblaw.com |
| 40. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 41. Howard Julian | sohohomes@yahoo.com |
| 42. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 43. J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 44. James A. Bigos, Esq. | jim@b-plaw.com |
| 45. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 46. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 47. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 48. James R. Lee, Esq. | jlee@riag.ri.gov |
| 49. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 50. Jessica Deanseris, Esq. | jad@wistbar.com |
| 51. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 52.John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 53. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 54. John J. Flanagan, Esq. | jflanagan@torti.com |
| 55. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 56. John P. Barylick, Esq. | jpb@wistbar.com |
| 57. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 58. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 59. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 60. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 63. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 64. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 65. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |

| | |
|---|---|
| 66. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 67. Kate Harden, Esq. For J. Renn Olenn | kbh@olenn-penza.com |
| 68. Kathleen C. Henry, Esq. | khenry@choate.com |
| 69. Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| 70. Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| 71. Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| 72. Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| 73. Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| 74. Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| 75. Lawrence G. Cetrulo, Esq. | lcetrulo@cetcap.com |
| 76. Linda Magro, Esq. | jruggieri@hcc-law.com |
| 77. Marc DeSisto, Esq. | stationfire@desistolaw.com |
| 78. Mark D. Cahill, Esq. | mcahill@choate.com |
| 79. Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| 80. Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| 81. Mark P. Dolan, Esq. | ricedolank@aol.com |
| 82. Mark S. Mandell, Esq. | msb@msb-atty.com |
| 83. Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| 84. Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| 85. Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| 86. Mark Ter Molen, Esq. | khenry@choate.com |
| 87. Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| 88. Meghan Sullivan, Esq. | meghan.sullivan@lw.com |
| 89. Max Wistow, Esq. | mw@wistbar.com |
| 90. Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| 91. Michael G. Sarli, Esq. | mgs@gsm-law.com |
| 92. Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| 93. Michael J. McCormack, Esq.. | mmccormack@mccormackfirm.com |
| 94. Michael Potenza, Esq. | mpotenza@debevoise.com |
| 95. Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| 96. Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| 97. Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| 98. Peter L. Resnick, Esq. | presnick@mwe.com |
| 99. Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| 100. Peter Schneider, Esq. | pschneider@cmjlaw.com |
| 101. Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| 102. Randall L. Souza, Esq. | rsouza@shslawfirm.com |
| 103. Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| 104. Robert I. Reardon, Esq. | reardonlaw@aol.com |
| 105. Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| 106. Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| 107. Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| 108. Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| 109. Russell Bramley, Esq. | bramley@hbhlaw.net |
| 110. Scott J. Tucker, Esq. | stucker@ths-law.com |
| 111. Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |

| | |
|---|---|
| 112. Stephanie E. Breggia, Esq. | sbreggia@bbglaw.us |
| 113. Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| 114. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 115. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 116. Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 117. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 118. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 119. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 120. Steven W. Kasten, Esq. | skasten@mwe.com |
| 121. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 122. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 123. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 124. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 125. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 126. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 127. Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 128. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 129. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 130. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 131. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 132. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 133. William E. O'Gara, Esq. | wogara@pld-law.com |
| 134. William F. Burke, Esq. | wburke@apslaw.com |