UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO, | : | C.A. No. 06-02L |
| Plaintiff, | : | (adopting civil action no. 03-483-L) |
| v. | : | |
| AMERICAN FOAM CORP., et al., | : | |
| Defendants | : | June 15, 2006 |

**PLAINTIFF DAVID MALAGRINO'S OBJECTION TO DEFENDANT POLAR INDUSTRIES, INC.'S RULE 12(b)(6) MOTION TO DISMISS**

The Plaintiff David Malagrino hereby objects to the Motion of Defendant Polar Industries, Inc., to dismiss the Complaint under Rule 12(b)(6) of the Rules of Civil Procedure. The Plaintiff David Malagrino hereby adopts the Memorandum of Plaintiffs in Gray v. Derderian, C.A. No. 04-312L (Pacer Doc. 872) in support of their objection to Defendant Polar Industries, Inc.'s Motion to Dismiss.

ATTORNEYS FOR PLAINTIFF DAVID MALAGRINO

Lawrence J. Cappuccio
Fed. Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763l
Westerly, RI 02891
(401) 596-4072
(401) 596-5306 (fax)
l.cappuccio@worldnet.att.net

Robert I. Reardon, Jr.
Fed. Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444
(860) 444-6445 (fax)
reardonlaw@aol.com

## CERTIFICATION

I hereby certify that on June 16, 2006, a copy of the foregoing was sent by email as follows:

| | |
|---|---|
| James R. Lee, Esq. | Email: jlee@riag.state.ri.us |
| Marc Desisto, Esq. | Email: stationfire@desistolaw.com |
| Robert T. Norton, Esq.<br>Edward T. Hinchey, Esq. | Email: rnorton@sloanewalsh.com<br>Email: ehinchey@sloanewalsh.com |
| Ronald Langlois, Esq.<br>Lauren Wilkins, Esq. | Email: stationfire@smithbrink.com |
| Howard A. Merten, Esq. | Email: hmerten.station@psh.com |
| James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Thomas R. Bender, Esq.<br>Scott Tucker, Esq. | Email: stationfire@hansoncurran.com<br><br><br>Email: green@ths-law.com |
| Christopher C. Fallon, Jr., Esq. | Email: cfallon@cozen.com |
| Anthony F. DeMarco, Esq. | Email: tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email: angelonelaw@aol.com |
| Joseph V. Cavanagh, Esq.<br>Kristin E. Rodgers, Esq. | Email: stationfire@blishcavlaw.com |
| Bruce Keller, Esq.<br>Michael Potenza, Esq. | Email: bpkeller@debevoise.com<br>Email: mpotenza@debevoise.com |
| Matthew F. Medeiros, Esq. | Email: mfm@lmkbw.com |
| Stephen M. Prignano, Esq.<br>Stephen J. MacGillivray, Esq. | Email: sprignano@eapdlaw.com<br>Email: smacgillivray@eapdlaw.com |
| Donald J. Maroney, Esq.<br>James H. Reilly, Esq. | Email: dmaroney@kkrs.com<br>Email: jreilly@kkrs.com |
| Edwin F. McPherson, Esq. | Email: emcpherson@m-klaw.com |
| Steven M. Richard, Esq.<br>Fred Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | Email: kclarke@nixonpeabody.com |
| James A. Ruggieri, Esq.<br>Suzanne O'Donoghue, Esq. | Email: jruggieri@hcc-law.com<br>Email: sodonoghue@hcc-law.com |
| Carl A. Henlein, Esq.<br>Susan S. Wettle, Esq. | Email: chenlein@fbtlaw.com<br>Email: swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email: horganlaw@snet.net |
| John J. Nazzaro, Esq. | Email: attynazzaro@aol.com |
| Ralph J. Monaco, Esq. | Email: rmonaco.c-l@snet.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Mark S. Mandell, Esq. | Email: msmandell@msn.com |
| Max Wistow, Esq. | Email: jdean@wistbar.com |
| Patrick T. Jones, Esq. | Email: pjones@cmj-law.com |
| Michael S. St. Pierre, Esq. | Email: mikesp@rrsplaw.com |

| | |
|---|---|
| Stephen E. Breggia, Esq. | Email: sbreggia@BBGlaw.us |
| Steven A. Minicucci, Esq. | Email: sminicucci@calvinolaw.com |
| Eva Marie Mancuso, Esq. | Email: Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email: credihan@KPRlaw.com |
| C. Russell Bengtson, Esq | Email: rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email: brian@briancunha.com |
| Stefanie DiMaio-Larivee, Esq. | Email: fonia@msn.com |
| Scott J. Tucker, Esq. | Email: stucker@ths-law.com |
| Joseph B. Burns, Esq. | Email: jburns@rms-law.com |
| Mark Hadden, Esq. | Email: mhadden@mhaddenlaw.com |
| W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq. | Email: jrestivo@reedsmith.com<br>Email: tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email: tylons@straussfactor.com |
| Andrew J. Trevelise, Esq. | Email: atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email: mnugent@morrisonmahoney.com |
| Deborah G. Solmor, Esq.<br>Edward M. Crane, Esq. | Email: ecrane@skadden.com<br>Email: dsolmor@skadden.com |
| Mark D. Cahill, Esq.<br>Eric Hermanson, Esq. | Email: mcahill@choate.com<br>ehermanson@choate.com |
| J. Renn Olenn, Esq.<br>Kate Breslin Harden, Esq. | Email: kbh@olenn-penza.com |
| Mark D. Tourgee, Esq. | Email: aminchillo@itwlaw.com |
| Richard W. MacAdams, Esq. | Email: rmacadams@mandwlaw.com |
| James A. Bigos, Esq. | Email: jim@b-plaw.com |
| Georgia A. Sullivan, Esq. | Email: Georgia.sullivan@thehartford.com |
| Mark P. Dolan, Esq. | Email: ricedolank@aol.com |
| Stephen P. Fogerty, Esq. | Email: fogerty@halloran-sage.com |
| Howard Julian | Email: sohohomes@yahoo.com |
| George E. Wolf, III, Esq.<br>Ann Songer, Esq. | Email: stationfire@shb.com |
| John R. Mahoney, Esq. | Email: johnmahoney@amlawllp.com |
| Charles Babcock, Esq.<br>Nancy Hamilton, Esq.<br>Earl Walker, Esq. | Email: Cbabcock@jw.com<br>nhamilton@jw.com<br>ewalker@jw.com |
| T. Dos Urbanski, Esq.<br>Michael J. Mazurczak, Esq.<br>Allen J. McCarthy, Esq. | Email: stationlitigation@melicklaw.com |
| Joseph Krowski, Esq. | Email: josephkrowski.law@verizon.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Lawrence J. Cappuccio, Esq. | Email: l.cappuccio@worldnet.att.net |

| | |
|---|---|
| Russell Bramley, Esq. | Email: bramley@hbhlaw.net |
| David A. Wollin, Esq.<br>William F. Burke, Esq. | Email: stationfire@apslaw.com |
| Esquire Litigation Solutions, LLC | Email: stationfire@esquirecom.com |
| Bennett Gallo, Esq. | Email: brg@ndgrb.com |
| Dennis Roberts, II, Esq. | Email: kgoyer@djrlaw.com |
| David Wollin, Esq.<br>William Burke, Esq. | Email: stationfire@apslaw.com |
| William O'Gara, Esq.<br>Mark Parsky, Esq. | Email: wogara@pld-law.com<br>Email: mep@mcveyparsky-law.com= |
| Lawrence Cetrulo, Esq.<br>David D. Langfitt, Esq. | Email: stationlitigation@cetcap.com<br>Email: dlangfitt@mmwr.com |
| David Maglio, Esq.<br>Henry Swan, Esq.<br>Tim Hardwicke, Esq.<br>Meghan Sullivan, Esq. | Email: dmaglio@magliolaw.com<br>Email: hms@dksblaw.com<br>Email: tim.hardwicke@lw.com<br>Email: meghan.sullivan@lw.com |
| John Cloherty, Esq. | Email: jcloherty@piercedavis.com |
| John D. Bambara | Email: jbambara@sentinelproducts.com |
| Bruce Tucker, Esq.<br>Mark Ter Molen, Esq. | Email: btucker@legalmgt.com<br>Email: mtermolen@mayerbrownrowe.com |
| S. Michael Levin, Esq.<br>Peter Resnik, Esq.<br>Steven Kasten, Esq. | Email: mlevin@wszlaw.com<br>Email: presnik@mwe.com<br>Email: skasten@mwe.com |
| John Flanagan, Esq.<br>David Mitrou, Esq.<br>Michael McCormack, Esq.<br>Joseph Aronson, Esq. | Email: jflanagan@torti.com<br>Email: dmitrou@mccormanckfirm.com<br>Email: mmcormack@mccormackfirm.com<br>Email: jaronson@mccormackfirm.com |
| William M. Heffernan, Esq. | Email: heffernanlaw@aol.com |
| Eric DiMario, Esq.<br>Rajaram Suryanarayan, Esq. | Email: edimario@gunninglafazia.com<br>Email: rsury@gunninglafazia.com |

Robert I. Reardon, Jr.