UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-002-L |
| | ) | |
| AMERICAN FOAM CORP., et al., | ) | |
| Defendants | ) | |

**ANSWER OF DEFENDANT SEALED AIR CORPORATION (US) TO PLAINTIFF'S PRO FORMA COMPLAINT, AFFIRMATIVE DEFENSES, AND JURY DEMAND**

Defendant Sealed Air Corporation (US), hereinafter referred to as "SAC (US)", in response to plaintiff's "Pro Forma Complaint" and "Notice of Adoption of Third Amended Master Complaint (Station Nightclub Fire Litigation)", hereby adopts and incorporates by reference as if fully set forth herein, its answer, affirmative defenses, and jury demand filed in response to plaintiffs' Third Amended Master Complaint in *Albert L. Gray, et al. v. Jeffrey Derderian, et al,* C.A. No. 1:04-CV-312-L.

And further answering, SAC (US) states that it is without knowledge or information sufficient to form a believe as to the truth of the allegations concerning the plaintiff or the assertions against other defendants and therefore denies them and calls upon plaintiff to prove them to the extent relevant.

Respectfully submitted,

Defendant,
SEALED AIR CORPORATION (US),
By its attorneys,

John J. Cloherty III, RI Bar No. 5068
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance Street, Suite 400
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic mail on the 26th day of June, 2006, to counsel of record.

John J. Cloherty III