UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO | : | |
| | : | |
| v. | : | C.A. No. 06-002L |
| | : | |
| AMERICAN FOAM CORPORATION, ET AL | : | |

# DEFENDANTS, WILLIAM BURNETT & CO., INCORPORATED, WILLIAM T. BURNETT & CO., INCORPORATED, WM. T. BURNETT MANAGEMENT, INC., WM. T.B. BURNETT & CO. and WM. T. BURNETT OPERATING, LLP'S ANSWER TO PRO FORMA COMPLAINT REGARDING STATION NIGHTCLUB FIRE LITIGATION

Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al (Plaintiffs) v. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L, in its entirety. The above-named defendants, collectively referred to as the Burnett defendants, hereby adopt the answer filed to the Third Amended Master Complaint in the Gray case. The Burnett defendants adopt and incorporate herein said answers, including the Affirmative Defenses and Jury Trial Demand.

## Parties

### Plaintiff

1. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

### Defendants

2. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

3. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

4. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

5. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

6. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

7. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

8. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count One Submitted on Behalf of the Plaintiff, David Malagrino, as to Jack Russell, Mark Kendall, David Filice, Eric Powers, a/k/a Great White

9. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

10. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

11. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Two Submitted on Behalf of the Plaintiff, David Malagrino, as to Jack Russell, Mark Kendall, David Filice, Eric Powers a/k/a Great White – Violation of Rhode Island General Laws Title 9, Chapter 1, Section 2

12. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

13. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Three Submitted on Behalf of Plaintiff, David Malagrino, as to Luna Tech, Inc., and Luna Tech Pyrotechnic, GMBH

Negligence

14. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

15. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

16. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Four Submitted on Behalf of Plaintiff, David Malagrino, as to Luna Tech, Inc., and Luna Tech Pyrotechnic, GMBH

Strict Liability

17. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

18. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

19. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

20. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

21. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

22. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Five Submitted on Behalf of the Plaintiff, David Malagrino, as to Citadel Communications Corporation d/b/a Q105 and WQGN

Negligence

23. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

24. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

25. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

26. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

27. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

28. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

29. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

30. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

31. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

32. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

33. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

34. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

## Additional Count Six Submitted on Behalf of the Plaintiff, David Malagrino, as to the Town of West Warwick and Fire Inspector Dennis Larocque

### Negligence

35. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

36. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

37. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

38. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

39. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

40. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

41. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

42. These defendants are without sufficient information to form a belief as to

the truth of this averment and therefore deny the same.

43. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

44. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Seven Submitted on Behalf of the Plaintiff, David Malagrino, as to the Town of West Warwick and Fire Inspector Dennis Larocque
Title 9, Chapter 1, Section 2

45. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

46. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Eight Submitted on Behalf of the Plaintiff, David Malagrino, as to the State of Rhode Island and Irving J. Owens, Fire Marshal

Negligence

47. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

48. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

49. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

50. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

51. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

52. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

53. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

54. These defendants are without sufficient information to form a belief as to

the truth of this averment and therefore deny the same.

55. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

56. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Nine Submitted on Behalf of the Plaintiff, David Malagrino, as to the State of Rhode Island and Irving J. Owens, Fire Marshall
Title 9, Chapter 1, Section 2

57. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

58. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Additional Count Ten Submitted on Behalf of the Plaintiff, David Malagrino, Alleging Joint Venture Liability as to Jeffrey Derderian, Michael Derderian, DERCO, LLC d/b/a The Station, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Filice, Eric Powers, Daniel Bichele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Inc., Anheuser-Busch Companies, Inc., McLaughlin & Moran, Inc., Clear Channel Broadcasting, Inc., d/b/a WHJY-FM, Citidel Communications Croporation d/b/a WQGN-FM, Motiva Enterprises, LLC, Shell Oil Company, Town of West Warwick, Dennis Larocque, State of Rhode Island and Irving J. Owens

59. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

60. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

61. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

62. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

63. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

64. These defendants are without sufficient information to form a belief as to the truth of this averment and therefore deny the same.

Dated: June 29, 2006

Respectfully submitted,
Defendant Burnett, By its Attorneys,

Rajaram Suryanarayan, Esq. (#4451)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901

Eric B. DiMario, Esq. (#7084)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901

Of Counsel:

John Doody, Esq.
Lewis, Brisbois, Bisgaard & Smith
199 Water Street
New York, NY 10038

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 29th DAY OF June, 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Angelone, Thomas | angelonelaw@aol.com |
| Armato, Steven; Cetrulo, Lawrence; Hunt, Christopher | stationlitigation@cetcap.com |
| Babcock, Charles | cbabcock@jw.com |
| Bender, Thomas; Murphy, James; Michels, Kelly | stationfire@hansoncurren.com |
| Bengtson, C. Russell | rbengtson@ckmlaw.com |
| Bigos, James | jim@b-plaw.com |
| Bowen, Kevin | kbowen@bbglaw.us |
| Bramley, Russell | bramley@hbhlaw.net |
| Breggia, Steven | sbreggia@bbglaw.us |
| Burns, Joseph | jburns@rms-law.com |
| Cahill, Mark | mcahill@choate.com |
| Cappuccio, Lawrence | l.cappuccio@worldnet.att.com |
| Cavanagh, Joseph; Rodgers, Kristen | stationfire@blishcavlaw.com |
| Cloherty, John; Pierce, Joel | jcloherty@piercedavis.com |
| Crane, Edward | ecrane@skadden.com |
| Creamer, Ronald; Resmini, Ronald | resminilaw@yahoo.com |
| Cunha, Brian; Alegria, Karen | brian@briancunha.com |
| Deanseris, Jessica | jdean@wistbar.com |
| DeLuca, Michael | mrd@gsm-law.com |

| | |
|---|---|
| DeMarco, Anthony; Reynolds, Mark | tdemarco@conversent.net |
| DeSisto, Marc; Daniels, Kathleen | stationfire@desistolaw.com |
| Deidrich, Curtis | cdeidrich@sloanewalsh.com |
| DiMaio, Stephanie; Howe, James | fonia@msn.com |
| Dolan, Mark; Leone, Anthony | ricedolank@aol.com |
| Esquire | stationfire@esquirecom.com |
| Fallon, Christopher; Bellew, Joseph | cfalon@cozen.com |
| Filippo, William | wfilippo@calvinolaw.com |
| Flanagan, John | jflanagan@torti.com |
| Fogerty, Stephen | fogarty@halloran-sage.com |
| Gallo, Bennett | brg@ndgrb.com |
| Hadden, Mark | mhadden@mhaddenlaw.com |
| Hamilton, Nancy | nhamilton@jw.com |
| Hardwicke, Timothy; Sullivan, Meghan | timothy.hardwicke@lw.com |
| Heffernan, William | Heffernanlaw@aol.com |
| Heinlein, Carl; Crocket, John III | cheinlein@fbtlaw.com |
| Hermanson, Eric Bradford | ehermanson@choate.com |
| Hinchey, Edward | ehinchey@sloanwalsh.com |
| Horgan, Daniel | horganlaw@snet.net |
| Johns, Craig | johnsc@nationwide.com |
| Jones, Patrick; Sneider, Peter | pjones@cmj-law.com |
| Julian, Howard | sohohomes@yahoo.com |
| Kasten, Steven; Resnik, Peter | skasten@mwe.com |

| | |
|---|---|
| Keller, Bruce | bkeller@debevoise.com |
| Langlios, Ronald; Wilkens, Lauren | stationfire@smithbrink.com |
| Lee, James | jlee@riag.state.ri. |
| Levin, Michael | mlevin@wczlaw.com |
| Lyons, Thomas | tlyons@straussfactor.com |
| MacAdams, Richard | rmacadams@mandwlaw.com |
| Maglio, David | dmaglio@magliolaw.com |
| Mahoney, John | jmahoney@amlawllp.com |
| Mancuso, Eva Marie | emancuso@hwac.com |
| Mandell, Mark; Boisclair, Yvette | msmandell@msn.com |
| Maroney, Donald | dmaroney@kkrs.com |
| McCormack, Michael; Aronson, Joseph; Mitrou, David | mmccormack@mccormackfirm.com |
| McGough, Thomas | tmcgough@reedsmith.com |
| McPherson, Matthew | emcphearson@m-klw.com |
| Medeiros, Matthew | mfm@lmkbw.com |
| Merten, Howard | hmerten.station@psh.com |
| Minicucci, Steven | sminicucci@calvinolaw.com |
| Mitrou, David | dmitrou@mccormackfirm.com |
| Monaco, Ralph | rmonaco.c-l@snet.net |
| Nazzaro, John | attynazaro@aol.com |
| Norton, Robert; Scanlon, James | rnorton@sloanwalsh.com |
| Nugent, Mark | mnugent@morrisonmahoney.com |
| O'Donoghue, Suzanne | sodonoghue@hcc-law.com |

| | |
|---|---|
| O'Gara, William | wogara@pld-law.com |
| Olenn, Renn | kbh@olenn-penza.com |
| Parsky, Mark | mep@mcveyparsky-law.com |
| Potenza, Michael | mpotenza@debevoise.com |
| Prignano, Stephen; MacGillivray, Stephen | sprignano@edwardsangell.com |
| Reardon, Robert; Poppe, Tracy | reardonlaw@aol.com |
| Redihan, Charles | credihan@kprlaw.com |
| Reilly, James | jreilly@kkrs.com |
| Restivo, James; McGough, Thomas | jrestivo@reedsmith.com |
| Richard, Steven | stationfirelitigation@nixonpeabody.com |
| Ruggeiri, James; DiMaria, Gerald | rruggeiri@hcc-law.com |
| Solmor, Deborah; Simpson, Kimberly | dsolmor@skadden.com |
| St. Pierre, Michael | mikesp@rrsplaw.com |
| Sullivan, Paul | pvsullivan@morrisonmahoney.com |
| Swan, Henry | hms@dksblaw.com |
| Ter Molen, Mark | mtermolen@mayerbrownrowe.com |
| Tourgee, Mark; Williamson, Timothy | aminchillo@itwlaw.com |
| Trevelise, Andrew | atrevelise@reedsmith.com |
| Tucker, Bruce | btucker@legalmgt.com |
| Tucker, Scott | stucker@ths-law.com |
| Urbanski, T. Dos; Mazurczak, Michael; McCarthy, Allen | stationlitigation@melicklaw.com |
| Walker, Earl | ewalker@jw.com |

| | |
|---|---|
| Wettle, Susan | swettle@fbtlaw.com |
| Wistow, Max; Barylick, John | mw@wistbar.com |
| Wolf, George; Songer, Ann | stationfire@shb.com |
| Wollin, David; Burke, William | stationfire@apslaw.com |