UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO, | : | |
| Plaintiff, | : | |
| vs. | : | C.A. No.: 06-02-L |
| AMERICAN FOAM CORPORATION, et al. | : | |
| Defendants. | : | |

**DEFENDANT BUSCH ENTERTAINMENT CORPORATION'S ANSWER TO PLAINTIFF'S PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

NOW COMES Defendant Busch Entertainment Corporation ("BEC") and in response to the Pro Forma Complaint[1] filed on February 1, 2006 and Notice of Adoption of Third Amended Master Complaint filed on February 17, 2006, BEC hereby adopts its Answer and Affirmative Defenses to Plaintiffs' Third Amended Master Complaint, filed on April 28, 2006, in *Gray, et al. v. Derderian, et al.*, C.A. No. 04-312-L and its Answer to Plaintiffs' Notice of Adoption of Third Amended Master Complaint filed on July 10, 2006, in *Henault v. American Foam Corporation*, C.A. No. 06-047-L.

Further, in response to the additional allegations, claims and prayer for

[1]Plaintiff's initial filing in the instant action was captioned "Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint." In light of the subsequent Notice of Adoption of Third Amended Master Complaint and to avoid confusion, reference herein to the initial filing and the allegations therein will simply be to the "Pro Forma Complaint."

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

relief set forth by Plaintiff in his Pro Forma Complaint, which restate the additional allegations and claims in *Henault v. American Foam Corporation*, BEC states as follows:

**PARTIES**

**Plaintiff**

1. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Pro Forma Complaint.

**Defendants**

2. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiff's Pro Forma Complaint.

3. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Pro Forma Complaint.

4. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Pro Forma Complaint.

5. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Pro Forma Complaint.

6. BEC is without knowledge or information sufficient to form a

belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Pro Forma Complaint.

7. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Pro Forma Complaint.

8. BEC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiff's Pro Forma Complaint.

## ADDITIONAL COUNT ONE

## SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, a/k/a GREAT WHITE

9. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 of the First Amended Master Complaint and its responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

10-11. The allegations contained in paragraphs 10 and 11 of Additional Count One, inclusive, including all subparts, are directed against Defendants Jack Russell, Mark Kendall, David Filice, Eric Powers, a/k/a Great White, and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 10 and 11 of Additional Count One, inclusive, including all subparts, insofar as any allegation in paragraphs 10 and 11, including any

subpart, might be construed to pertain to it.

**ADDITIONAL COUNT TWO**

**SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS a/k/a GREAT WHITE VIOLATION OF RHODE ISLAND GENERAL LAWS TITLE 9, CHAPTER 1, SECTION 2**

12. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 of the First Amended Master Complaint and its responses to paragraphs 1 through 11 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

13. The allegations contained in paragraph 13 of Additional Count Two are directed against Defendants Jack Russell, Mark Kendall, David Filice, Eric Powers a/k/a Great White and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraph 13 of Additional Count Two insofar as any allegation in paragraph 13 might be construed to pertain to it.

**ADDITIONAL COUNT THREE**

**SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH NEGLIGENCE**

14. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 of the First Amended Master Complaint and its responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in

and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

15-16. The allegations contained in paragraphs 15 and 16 of Additional Count Three, inclusive, including all subparts, are directed against Defendants Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 15 and 16 of Additional Count Three, inclusive, including all subparts, insofar as any allegation in paragraphs 15 and 16, including any subpart, might be construed to pertain to it.

**ADDITIONAL COUNT FOUR**

**SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH STRICT LIABILITY**

17. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 of the First Amended Master Complaint and its responses to paragraphs 1 through 8 and paragraphs 14 through 16 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

18-22. The allegations contained in paragraphs 18 through 22 of Additional Count Four, inclusive, including all subparts, are directed against Defendants Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 18 through 22 of Additional Count Four, inclusive, including

all subparts, insofar as any allegation in paragraphs 18 through 22, including any subpart, might be construed to pertain to it.

**ADDITIONAL COUNT FIVE**

**SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO CITADEL COMMUNICATIONS CORPORATION d/b/a Q105 AND WQGN NEGLIGENCE**

23. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 of the First Amended Master Complaint and its responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

24-34. The allegations contained in paragraphs 24 through 34 of Additional Count Five, inclusive, including all subparts, are directed against Defendants Citadel Communications Corporation d/b/a Q105 and WQGN and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 24 through 34 of Additional Count Five, inclusive, including all subparts, insofar as any allegation in paragraphs 24 through 34, including any subpart, might be construed to pertain to it.

**ADDITIONAL COUNT SIX**

**SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DENNIS LAROCQUE NEGLIGENCE**

35. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 and paragraphs 411 through 429 of the First Amended Master Complaint and its responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

36-44. The allegations contained in paragraphs 36 through 44 of Additional Count Six, inclusive, including all subparts, are directed against Defendants the Town of West Warwick and Fire Inspector Dennis Larocque and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 36 through 44 of Additional Count Six, inclusive, including all subparts, insofar as any allegation in paragraphs 36 through 44, including any subpart, might be construed to pertain to it.

## ADDITIONAL COUNT SEVEN

## SUBMITTED ON BEHALF OF THE PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DENNIS LAROCQUE TITLE 9, CHAPTER 1, SECTION 2

45. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 and paragraphs 411 through 429 of the First Amended Master Complaint and its responses to paragraphs 35 through 44 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

46. The allegations contained in paragraph 46 of Additional Count Seven are directed against Defendants the Town of West Warwick and Fire Inspector Dennis Larocque and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraph 46 of Additional Count Seven insofar as any allegation in paragraph 46 might be construed to pertain to it.

**ADDITIONAL COUNT EIGHT**

**SUBMITTED ON BEHALF OF PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWENS, FIRE MARSHALL NEGLIGENCE**

47. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 and paragraphs 434 through 440 of the First Amended Master Complaint and its responses to paragraphs 1 through 8 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

48-56. The allegations contained in paragraphs 48 through 56 of Additional Count Eight, inclusive, including all subparts, are directed against Defendants the State of Rhode Island and Irving J. Owens, Fire Marshal, and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 48 through 56 of Additional Count Eight, inclusive, including all subparts, insofar as any allegation in paragraphs 48 through 56, including any subpart, might be construed to pertain to it.

**ADDITIONAL COUNT NINE**

**SUBMITTED ON BEHALF OF PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWENS, FIRE MARSHALL TITLE 9, CHAPTER 1, SECTION 2**

57. BEC reasserts and incorporates by reference its responses to paragraphs 1 through 271 and paragraphs 434 through 440 of the First Amended Master Complaint and its responses to paragraphs 47 through 56 of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

58. The allegations contained in paragraph 58 of Additional Count Nine are directed against Defendants the State of Rhode Island and Irving J. Owens, Fire Marshal, and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraph 58 of Additional Count Nine insofar as any allegation in paragraph 58 might be construed to pertain to it.

**ADDITIONAL COUNT TEN**

**SUBMITTED ON BEHALF OF PLAINTIFF IN MALAGRINO V. AMERICAN FOAM, ET AL. C.A. NO. 06-02L ALLEGING JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, LLC d/b/a THE STATION, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BIECHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., ANHEUSER-BUSCH COMPANIES, INC., MCLAUGHLIN & MORAN, INC., CLEAR CHANNEL BROADCASTING, INC. d/b/a WHJY-FM, CITADEL COMMUNICATIONS CORPORATION d/b/a WQGN-FM, MOTIVA ENTERPRISES, LLC, SHELL OIL COMPANY, TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND AND IRVING J. OWENS**

59. BEC reasserts and incorporates by reference its responses to all paragraphs of the First Amended Master Complaint and its responses to all paragraphs of Plaintiff's Pro Forma Complaint, inclusive, as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint as though fully set forth herein.

60-64. The allegations contained in paragraphs 60 through 64 of Additional Count Ten, inclusive, including all subparts, are directed against Defendants Jeffrey Derderian, Michael Derderian, DERCO, LLC d/b/a The Station, Manic Music Management, Inc., Jack Russell, Mark Kendall, David Felice, Eric Powers, Daniel Biechele, Paul Woolnough, Knight Records, Inc., Anheuser-Busch, Inc., Anheuser-Busch Companies, Inc., McLaughlin & Moran, Inc., Clear Channel Broadcasting, Inc. d/b/a WHJY-FM, Citadel Communications Corporation d/b/a WQGN-FM, Motiva Enterprises, LLC, Shell Oil Company, Town of West Warwick, Dennis Larocque, State of Rhode Island and Irving J. Owens and are not directed against BEC, and therefore no answer by BEC is required. BEC denies the allegations contained in paragraphs 60 through 64 of Additional Count Ten, inclusive, including all subparts, insofar as any allegation in paragraphs 60 through 64, including any subpart, might be construed to pertain to it.

As further answer to Plaintiff's Pro Forma Complaint, BEC denies all allegations and subparts contained therein which are not expressly admitted herein or otherwise pleaded to.

**PRAYERS FOR RELIEF**

BEC denies the allegations contained in the unnumbered paragraphs following

paragraph 64 of Additional Count 10 of Plaintiff's Pro Forma Complaint (pages 26-27), as referenced in and adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint, and further denies that it is liable to Plaintiffs or anyone else for any amount.

**WHEREFORE**, Defendant Busch Entertainment Corporation prays that:

(a) the Third Amended Complaint, Pro Forma Complaint, and Notice of Adoption of Third Amended Master Complaint be dismissed with prejudice as to Busch Entertainment Corporation;

(b) Plaintiff's demand for relief against Busch Entertainment Corporation be denied in every respect;

(c) Busch Entertainment Corporation be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as may be just, proper, and equitable.

**BUSCH ENTERTAINMENT CORPORATION DEMANDS TRIAL BY JURY**

BUSCH ENTERTAINMENT CORPORATION,

By its Attorneys,

Joseph V. Cavanagh, Jr. #1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542
stationfire@blishcavlaw.com

Dated: July 10, 2006

Of Counsel:

Edward M. Crane, Esq. (Pro Hac Vice)
Deborah G. Solmor, Esq. (Pro Hac Vice)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
ecrane@skadden.com
dsolmor@skadden.com

*2006-07-10F:\DOCS\ker1\KER 1\Anheuser-Busch\Malagrino\Malagrino BEC's Answer to 3rd AMC*

CERTIFICATE OP SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic email, unless otherwise indicated, on this 10th of July, 2006, to the following counsel of record and via regular mail where indicated:

Angelone, Esq.
angelonelaw@aol.com

Thomas R. Bender, Esq.
stationfire@hansoncurran.com

C. Russell Bengtson, Esq.
rbengtson@mklaw.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

James A. Bigos, Esq.
jim@b-plaw.com

Joseph B. Burns, Esq.
jburns@rms-law.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
brian@briancunha.com
karen@briancunha.com

John R. Crockett, Esq.
jcrockett@fbtlaw.com

Michael R. DeLuca, Esq.
mrd@gsm-law.com

Gerald DeMaria, Esq.
gdemaria@hcc-law.com

Marc DeSisto, Esq.
Kathleen M. Daniels, Esq.
marc@desistolaw.com
kathleen@desistolaw.com

Edward T. Hinchey, Esq.
Ehinchey@sloanewalsh.com

Stephanie DiMaio-Larivee, Esq.
mailto:fonia@msn.comSinginglawyer@msn.com

Mark P. Dolan, Esq.
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark C. Hadden, Esq.
mhadden@mhaddenlaw.com

Nancy W. Hamilton, Esq.
nhamilton@jw.com

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan A. Wettle, Esq.
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Stephen A. Izzi, Esq.
stephen.izzi@hklaw.com
Patrick T. Jones, Esq.
pjones@cmj-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Pontenza, Esq.
bpkeller@debevoise.com
jmargolis@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
stationfirelitigation@nixonpeabody.com

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
rmacadams@mandwlaw.com

Steven MacGillivray, Esq.
smacgillivray@eapdlaw.com

Linda Magro, Esq.
lmagro@hcc-law.com

John W. Mahoney, Esq.
johnmajoney@aamlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

Michael J. Mazurczek, Esq.
stationlitigaition@melicklaw.com

Allen J. McCarthy, Esq.
Joseph J. McGair, Esq.
jjm@petrarcamcgair.com
W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
jreilly@kkrs.com
dmaroney@kkrs.com

tmcgough@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
hm@psh.com

Steven A. Minicucci, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
jtm@hansoncurran.com
knm@hansoncurran.com

BLISH & CAVANAGH
COUNSELLORS AT LAW
COMMERCE CENTER
30 EXCHANGE TERRACE
PROVIDENCE, RI 02903-1765
(401) 831-8900
FAX (401) 751-7542

John J. Nazzaro, Esq.
nazzjn@aol.com
Robert T. Norton, Esq.
rnorton@sloanewalsh.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
mnugent@mail.mm-m.com
pvsullivan@morrisonmahoney.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@eaapdlaw.com
smacgillivray@eapdlaw.com

Robert I. Reardon, Jr., Esq.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
resminilaw@yahoo.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
tdemarco@conversent.net

James J. Restivo, Esq.
jrestivo@reedsmith.com

James A. Ruggieri, Esq.
jruggieri@hcc-law.com

Peter Schnedier
pvsullivan@morrisonmahoney.com

Michael A. St. Pierre, Esq.
mikesp@rrplaw.com

Georgia A. Sullivan, Esq.
georgia.Sullivan@thehartford.com

Paul V. Sullivan, Esq.
pvsullivan@morrisonmahoney.com
Andrew J. Trevelise, Esq.

Mark D. Tourgee, Esq
Gregory S. Inman, Esq.
aminchilloitwlaw.com

Scott J. Tucker, Esq.
stucker@ths-law.com

T. Dos Urbanski, Esq.
durbanski@melichlaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

Susan A. Wettle, Esq.
swettle@fbtlaw.com

Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Max H. Wistow, Esq.
mwistow@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
gwold@shb.com
asonger@shb.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
***VIA REGULAR MAIL***

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Linda A. Spank