RECEIVED

JUN 29 2006

Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVID MALAGRINO, | : | CIVIL ACTION NO: 06-002L |
| | : | (adopting civil action no. 03-483-L) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| AMERICAN FOAM CORPORATION; | : | |
| et al. | : | |
| Defendants. | : | JUNE 28, 2006 |

**STIPULATION EXTENDING TIME WITHIN WHICH THE PLAINTIFF MAY RESPOND TO DEFENDANT PREGIS CORPORATION'S MOTION TO DISMISS**

By agreement of the Plaintiff David Malgrino and the Defendant Pregis Corporation, by and through the undersigned representatives of said plaintiff and defendant, the Plaintiff shall have up to and including August 1, 2006, to respond to Defendant Pregis Corporation's Motion to Dismiss. The purpose of this extension is to allow the parties to explore whether production of certain documents, eventually in affidavit form, may enable Plaintiff to not oppose the Motion.

Enter: Ronald R. Lagueux
Sr. USDJ 7/12/06