UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

DAVID MALAGRINO,

Plaintiff,

v. C.A. NO.: 06-02-L

AMERICAN FOAM CORPORATION, ET AL.

Defendants

**DEFENDANT, HIGH TECH SPECIAL EFFECTS, INC.'S ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT AND PRO FORMA COMPLAINT**

The plaintiff filed a Pro Forma Complaint in or about January 2006 and then adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L* in or about February 2006. High Tech Special Effects, Inc., hereby incorporates the answer to the Third Amended Master Complaint filed on its behalf in *Gray* as its answer to the plaintiff's Adoption.

With respect to the additional allegations made by the plaintiff in the Pro Forma Complaint, defendant High Tech Special Effects, Inc., responds as follows:

1. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

2. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

3. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

4. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

5. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

6. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

7. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

8. High Tech Special Effects, Inc., is without knowledge or information sufficient to admit or deny this allegation.

9. High Tech Special Effects, Inc., incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 8 of the Pro Forma Complaint as if fully set forth herein.

10. The allegations contained in ¶10 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of~10 does pertain to High Tech Special Effects, Inc., the allegations are denied.

11. The allegations contained in ¶11 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶11 does pertain to High Tech Special Effects, Inc., the allegations are denied.

12. High Tech Special Effects, Inc., incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 11 of the Pro Forma Complaint as if fully set forth herein.

13. The allegations contained in ¶13 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent a response is required, these allegations are denied.

14. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 8 of the Pro Forma Complaint as if fully set forth herein.

15. The allegations contained in ¶15 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶15 does pertain to High Tech Special Effects, Inc., the allegation is denied.

16. The allegations contained in ¶16 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶16 does pertain to High Tech Special Effects, Inc., the allegation is denied.

17. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 8 and 14 through 16 of the Pro Forma Complaint as if fully set forth herein.

18. The allegations contained in ¶18 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶18 does pertain to High Tech Special Effects, Inc., the allegation is denied.

19. The allegations contained in ¶19 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶19 does pertain to High Tech Special Effects, Inc., the allegation is denied.

20. The allegations contained in ¶20 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶20 does pertain to High Tech Special Effects, Inc., the allegation is denied.

21. The allegations contained in ¶21 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶21 does pertain to High Tech Special Effects, Inc., the allegation is denied.

22. The allegations contained in ¶22 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegations of ¶22 does pertain to High Tech Special Effects, Inc., the allegation is denied.

23. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint and paragraphs 1 through 8 of the Pro Forma Complaint as if fully set forth herein.

24. The allegations contained in ¶24 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶24 does pertain to High Tech Special Effects, Inc., the allegation is denied.

25. The allegations contained in ¶25 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶25 does pertain to High Tech Special Effects, Inc., the allegation is denied.

26. The allegations contained in ¶26 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶26 does pertain to High Tech Special Effects, Inc., the allegation is denied.

27. The allegations contained in ¶27 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶27 does pertain to High Tech Special Effects, Inc., the allegation is denied.

28. The allegations contained in ¶28 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶28 does pertain to High Tech Special Effects, Inc., the allegation is denied.

29. The allegations contained in ¶29 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶29 does pertain to High Tech Special Effects, Inc., the allegation is denied.

30. The allegations contained in ¶30 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶30 does pertain to High Tech Special Effects, Inc., the allegation is denied.

31. The allegations contained in ¶31 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶31 does pertain to High Tech Special Effects, Inc., the allegation is denied.

32. The allegations contained in ¶32 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶32 does pertain to High Tech Special Effects, Inc., the allegation is denied.

33. The allegations contained in ¶33 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶33 does pertain to High Tech Special Effects, Inc., the allegation is denied.

34. The allegations contained in ¶34 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶34 does pertain to High Tech Special Effects, Inc., the allegation is denied.

35. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint, paragraphs 411 through 429 of the First Amended Master Complaint and paragraphs 1 through 8 of the Pro Forma Complaint as if fully set forth herein.

36. The allegations contained in ¶36 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶36 does pertain to High Tech Special Effects, Inc., the allegation is denied.

37. The allegations contained in ¶37 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶37 does pertain to High Tech Special Effects, Inc., the allegation is denied.

38. The allegations contained in ¶38 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶38 does pertain to High Tech Special Effects, Inc., the allegation is denied.

39. The allegations contained in ¶39 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶39 does pertain to High Tech Special Effects, Inc., the allegation is denied.

40. The allegations contained in ¶40 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶40 does pertain to High Tech Special Effects, Inc., the allegation is denied.

41. The allegations contained in ¶41 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶41 does pertain to High Tech Special Effects, Inc., the allegation is denied.

42. The allegations contained in ¶42 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶42 does pertain to High Tech Special Effects, Inc., the allegation is denied.

43. The allegations contained in ¶43 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶43 does pertain to High Tech Special Effects, Inc., the allegation is denied.

44. The allegations contained in ¶44 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶44 does pertain to High Tech Special Effects, Inc., the allegation is denied.

45. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint , paragraphs 411 through 429 of the First Amended Master Complaint and paragraphs 35 through 44 of the Pro Forma Complaint as if fully set forth herein.

46. The allegations contained in ¶46 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶46 does pertain to High Tech Special Effects, Inc., the allegation is denied.

47. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint, paragraphs 434 through 440 of the First Amended Master Complaint and paragraphs 1 through 8 of the Pro Forma Complaint as if fully set forth herein.

48. The allegations contained in ¶48 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶48 does pertain to High Tech Special Effects, Inc., the allegation is denied.

49. The allegations contained in ¶49 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶49 does pertain to High Tech Special Effects, Inc., the allegation is denied.

50. The allegations contained in ¶50 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶50 does pertain to High Tech Special Effects, Inc., the allegation is denied.

51. The allegations contained in ¶51 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶51 does pertain to High Tech Special Effects, Inc., the allegation is denied.

52. The allegations contained in ¶52 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶52 does pertain to High Tech Special Effects, Inc., the allegation is denied.

53. The allegations contained in ¶53 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶53 does pertain to High Tech Special Effects, Inc., the allegation is denied.

54. The allegations contained in ¶54 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶54 does pertain to High Tech Special Effects, Inc., the allegation is denied.

55. The allegations contained in ¶55 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶55 does pertain to High Tech Special Effects, Inc., the allegation is denied.

56. The allegations contained in ¶56 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶56 does pertain to High Tech Special Effects, Inc., the allegation is denied.

57. High Tech Special Effects, Inc. incorporates by reference its answer to paragraphs 1 through 271 of the First Amended Master Complaint, paragraphs 434 through 440 of the First Amended Master Complaint and paragraphs 47 through 56 of the Pro Forma Complaint as if fully set forth herein.

58. The allegations contained in ¶58 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶58 does pertain to High Tech Special Effects, Inc., the allegation is denied.

59. High Tech Special Effects, Inc. incorporates by reference its answer to all paragraphs of the First Amended Master Complaint and its answer to all prior additional paragraphs in the Pro Forma Complaint as if fully set forth herein.

60. The allegations contained in ¶60 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶60 does pertain to High Tech Special Effects, Inc., the allegation is denied.

61. The allegations contained in ¶61 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶61 does pertain to High Tech Special Effects, Inc., the allegation is denied.

62. The allegations contained in ¶62 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶62 does pertain to High Tech Special Effects, Inc., the allegation is denied.

63. The allegations contained in ¶63 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶63 does pertain to High Tech Special Effects, Inc., the allegation is denied.

64. The allegations contained in ¶64 of the Pro Forma Complaint concern defendants other than High Tech Special Effects, Inc., which makes no substantive response. To the extent any allegation of ¶64 does pertain to High Tech Special Effects, Inc., the allegation is denied.

Respectfully submitted,
HIGH TECH SPECIAL EFFECTS, INC.,

Mark T. Nugent

Mark T. Nugent, Esquire (#2637)
Morrison Mahoney, LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel. (401) 331.4660
Fax: (401) 351.4420

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via email, on all counsel of record in all of the Station Fire cases on this day 28 of July, 2006.

[signature]

618629v1