UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO | : | |
| v. | : | C.A. NO. 06-02-L<br>(adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORP, et al | : | |

* * *

| | | |
|---|---|---|
| WILLIAM LONG | : | |
| v. | : | C.A. NO. 06-047-L<br>(adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORP, et al | : | |

* * *

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, et al | : | |
| v. | : | C.A. NO. 03-483-L<br>(adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORP, et al | : | |

**MOTION TO DISMISS OF DEFENDANT, SURPLEX UNDERWRITERS, INC.**

Now comes Defendant, Surplex Underwriters, Inc., and respectfully moves, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the claims of the above-captioned plaintiffs against it. The plaintiffs in this matter have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al (Plaintiffs) vs. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L in its entirety. In response to the Third Amended Master Complaint in Gray, Surplex Underwriters, Inc., filed a Motion to Dismiss and Supporting Memorandum, recorded as Gray docket No. 815. As the Plaintiffs in David Malagrino v. American Foam Corp., et al, William Long v. American Foam Corp. et al and Estate of Jude B. Henault, et al v. American Foam Corp. et al have adopted and incorporated by reference the Third Amended Master Complaint, in the interest of judicial economy and avoiding unnecessary

duplication, Surplex Underwriters, Inc., similarly adopts and incorporates by reference its Motion to Dismiss and Supporting Memorandum filed in Gray and moves that the above-captioned Complaints be dismissed on the same basis.

Respectfully Submitted,
Defendant, Surplex Underwriters, Inc.,
By and Through Its Attorney,

/s/ Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO,
ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

**CERTIFICATION**

I, the undersigned, do hereby certify on this 21st day of August, 2006, that an exact copy of the within Motion was electronically mailed to the individuals list in the attached Exhibit "A":

Lisa A. Christiano